# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NEVIN MAHKWA MASQUAT,<br><br>　　　　　Defendant. | 4:15MJ3119<br><br>ORDER |

**IT IS ORDERED** that the Motion to Dismiss Complaint Without Prejudice of the United States Attorney's Office (Filing No. 14) is granted. The above-referenced matter is hereby dismissed without prejudice.

ORDERED this 12th day of January, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge